**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6589**

———————————

GEORGE LEE TOMLIN,

        Petitioner - Appellant,

    v.

LEVERN COHEN, Warden Ridgeland Correctional Inst,

        Respondent - Appellee,

    and

ALAN WILSON, Attorney General,

        Respondent.

———————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Mary G. Lewis, District Judge. (9:12-cv-03258-MGL)

———————————

Submitted: June 19, 2014        Decided: June 23, 2014

———————————

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

George Lee Tomlin, Appellant Pro Se. Tommy Evans, Jr., SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE, Columbia, South Carolina; Donald John Zelenka, Senior Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Lee Tomlin, a state prisoner, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Tomlin that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Tomlin has waived appellate review by failing to file objections after receiving proper notice. His request for extensions of time do not satisfy this requirement. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2